United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

No. C 06-07417 WHA

_____/

MDL No. 1826

This Order Relates To:

ALL ACTIONS

**ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR MOTION TO APPOINT INTERIM CLASS COUNSEL**

_____/

The motion to shorten time to hear the motion to appoint interim class counsel is **GRANTED**. This hearing on this motion will be held on **THURSDAY, MAY 24, 2007, AT 11:00 A.M.**, at the same time as the case management conference. Pursuant to paragraph seven of Pretrial Order No. 1, this motion does not need to be renoticed for a hearing date after the initial case management conference. Any opposition to this motion should be filed no later than **MAY 10, 2007**, and any reply brief should be filed no later than **MAY 15, 2007**.

**IT IS SO ORDERED.**

Dated: May 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE