IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION _____/ This Order Relates To: ALL ACTIONS _____/ | No. C 06-07417 WHA<br><br>MDL No. 1826<br><br>**ORDER RE MOTIONS TO APPOINT INTERIM CLASS COUNSEL** |

The Court has received the motion to appoint interim class counsel filed by Kaplan Fox & Kilsheimer LLC, et al. To expedite pretrial motions practice for this multi-district litigation, any other motions to appoint interim class counsel should be filed as soon as possible. Motions to appoint interim class counsel will be heard at the case management conference scheduled in this action on **THURSDAY, MAY 24, 2007, AT 11:00 A.M.**

As to the motion filed by Kaplan Fox & Kilsheimer LLC, any oppositions to the motion should be filed no later than **MAY 14, 2007**. Any reply brief should be filed no later than **MAY 17, 2007**. Any other motions filed to appoint interim class counsel should follow the above briefing schedule.

**IT IS SO ORDERED.**

Dated: May 8, 2007.

_/s/ Wm Alsup_
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE