**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION _____/ This Order Relates To: ALL ACTIONS _____/ | No. C 06-07417 WHA  MDL No. 1826  **ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

    The case management conference in this action is reset for **THURSDAY, MAY 24, 2007,** (the same day), **AT 11:30 A.M.**, rather than 11:00 a.m.

    **IT IS SO ORDERED.**

Dated: May 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE