BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
DAVID W. SHAPIRO (CA Bar No. 219265)
KEVIN J. BARRY (CA Bar No. 229748)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
        dshapiro@bsfllp.com
        kbarry@bsfllp.com

*Proposed Interim Class Counsel and Interim Liaison Counsel
For Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No.: M:07-CV-01826-WHA |
| | MDL No.  1826 |
| This Document Relates to: ALL ACTIONS | **DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF MOTION TO APPOINT BOIES, SCHILLER & FLEXNER LLP AS INTERIM CLASS COUNSEL AND INTERIM LIAISON COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND IN OPPOSITION TO THE MOTION FILED BY THE KFK GROUP** |
| | Hon. William H. Alsup |
| | Courtroom 9, 19th Floor |
| | Date:  May 24, 2007 |
| | Time: 11:30 a.m. |

PHILIP J. IOVIENO declares:

1. I am a member of the law firm of Boies, Schiller & Flexner LLP ("BSF"). My firm serves as attorney of record for plaintiff Jordan Walker. The matters set forth herein are

1

DECL. OF P. IOVIENO IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL AND INTERIM LIAISON COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND IN OPPOSITION TO THE MOTION FILED BY THE KFK GROUP – M:07-CV-01826-WHA

within my personal knowledge, and if called upon and sworn as a witness I could competently testify regarding them.

2. All facts contained in the attached Notice of Motion and Memorandum of Points and Authorities in Support of Motion to Appoint Interim Class Counsel and Interim Liaison Counsel for Direct Purchaser Plaintiffs and in Opposition to the Motion filed by the KFK Group, which pertain to BSF and the members of BSF, are true and correct to the best of my knowledge.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Honorable Lewis A. Kaplan's scheduling order from the *In re Auction Houses Litigation* dated February 23, 2000.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Honorable Kathleen McDonald O'Malley's 2002 Memorandum and Order appointing BSF as lead counsel in the *In re Scrap Metal Antitrust Litigation*.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Honorable Claudia Wilken's Order appointing lead and liaison counsel in the *In re SRAM Antitrust Litigation* dated May 3, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of BSF's firm résumé.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Wall Street Journal article entitled *As China's Trade Clout Grows, So Do Price-Fixing Accusations* dated February 10, 2006.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Motion and Motion to Appoint Interim Lead Class Counsel in the *In re TFT-LCD (Flat Panel) Antitrust Litigation* submitted by, among others, Saveri & Saveri, Inc., dated May 4, 2007.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Memorandum of Points and Authorities in Support of Plaintiff CMP Consulting Services, Inc.'s Cross-Motion to Appoint Kaplan Fox & Kilsheimer LLP as Interim Class Counsel for Direct Purchaser Plaintiffs in the *In re TFT-LCD (Flat Panel) Antitrust* Litigation dated May 9, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed this 14th day of May, 2007.

*Philip J. Iovieno*

3

DECL. OF P. IOVIENO IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL AND INTERIM LIAISON COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND IN OPPOSITION TO THE MOTION FILED BY THE KFK GROUP – M:07-CV-01826-WHA