# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **NOTICE RE HEARING ON MOTIONS FOR APPOINTMENT OF INTERIM COUNSEL** |

With respect to the pending motions for appointment of interim class counsel, each individual law firm must be prepared at the hearing on Thursday, May 24, 2007, at 11:30 a.m., to state whether it would accept the exclusive appointment as interim class counsel, meaning one firm as the appointee rather than a group of firms.

**IT IS SO ORDERED.**

Dated: May 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE