IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITITGATION  _____/ | No. C 06-07417 WHA  MDL No. 1826 |
| This Order Relates To:  ALL ACTIONS  _____/ | **REQUEST RE CASE MANAGEMENT CONFERENCE** |

Will counsel for the indirect purchaser cases please bring to the hearing tomorrow a list of all such cases, specifying for each the state of the plaintiff's residence, any state law claims asserted (identifying the state as well as the act, such as "California Cartwright Act") and the name and location of plaintiff's counsel in each of said cases. Please also be prepared to explain how the various state law claims differ.

**IT IS SO ORDERED.**

Dated: May 23, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE