IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **ORDER RE DECLARATIONS FILED UNDER SEAL FOR MOTIONS TO APPOINT INTERIM CLASS COUNSEL** |

At the case management conference held on May 24, 2007, applicants for appointment as interim counsel were invited to file declarations under seal regarding their qualifications no later than May 29, 2007.

Because these declarations are to be filed under seal, anyone filing a declaration should electronically a file a notice of manual filing no later than **MAY 29, 2007, AT 2:00 P.M.**, to alert the Court to expect an under seal declaration.

**IT IS SO ORDERED.**

Dated: May 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE