

A CERTIFIED TRUE COPY

MAY 1 4 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APR 26 2007

FILED
CLERK'S OFFICE

M 07-cv-1826 WHA

DOCKET NO. 1826

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 18, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 18, 2007, and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1826
## IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 07-214 | Robert S. Harmon v. Nvidia Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-7954 | Woodrow Clark v. Nvidia Corp., et al. |
| CAC 2 06-7964 | Jennifer Tomaino v. Nvidia Corp., et al. |
| CAC 2 06-8117 | Alan Holtzman v. Advanced Micro Devices, Inc., et al. |
| CAC 2 06-8183 | Paul Smith v. Nvidia Corp., et al. |
| CAC 2 07-192 | Chad Klebs v. Nvidia Corp., et al. |
| CAC 2 07-737 | Yury Furman v. Nvidia Corp., et al. |
| CAC 2 07-919 | Joseph Peirano v. Nvidia Corp., et al. |
| CAC 2 07-1927 | Thomas Y. Huh v. Nvidia Corp., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-439 | Rebecca Bly v. Nvidia Corp., et al. |
| **KANSAS** | |
| KS 2 07-2067 | Scott Redpath v. Nvidia Corp., et al. |
| KS 2 07-2106 | Kou Srimoungchanh v. Nvidia Corp., et al. |
| **MASSACHUSETTS** | |
| MA 1 06-12286 | James Matson v. Nvidia Corp., et al. |
| MA 1 07-10300 | Stephanie Lueckel v. Nvidia Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-1016 | Zhi Yuan Chiu v. Nvidia Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 2 07-822 | Julie Cook v. Nvidia Corp., et al. |
| SC 3 07-424 | Lee R. Chamberlain v. Nvidia Corp., et al. |
| **SOUTH DAKOTA** | |
| SD 5 07-5019 | Christopher C. Crawford v. Nvidia Corp., et al. |
| **TENNESSEE EASTERN** | |
| TNE 2 07-50 | Tabbatha Benson, et al. v. Nvidia Corp., et al. |
| **VERMONT** | |
| VT 2 07-32 | Allen Nassiff v. Nvidia Corp., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 06-755 | Scott Martin v. Nvidia Corp., et al. |