IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION  / | No. C 06-07417 WHA  MDL No. 1826 |
| This Order Relates To:  ALL ACTIONS  / | **PRETRIAL ORDER No. 2** |

This order summarizes the results of the first case management conference in this MDL proceeding held on May 24, 2007.

Discovery and disclosures are temporarily **STAYED** pending the resolution of defendants' motion to stay discovery and disclosures pending resolution of motions to dismiss. Defendant Nvidia's request to modify its obligations to preserve evidence pursuant to Pretrial Order No. 1 is **DENIED** without prejudice to defendant's later bringing a motion.

Defendants' motion to stay discovery pending resolution of motions to dismiss should be filed no later than **JUNE 7, 2007**, to be heard on a 35-day track. The hearing on the motion to stay will be held on **THURSDAY, JULY 12, 2007, AT 8:00 A.M.**

Plaintiffs should file consolidated amended complaints, one for direct and one for indirect purchasers, no later than **JUNE 14, 2007**. As discussed at the hearing, plaintiffs should file a single, consolidated amended complaint for all direct purchaser plaintiffs, and a single, consolidated amended complaint for all indirect purchaser plaintiffs. All plaintiffs should be

identified in the captions and their counsel should be identified on the signature block, even though interim counsel shall be appointed. As stated at the hearing by counsel, all out-of-district plaintiffs intend to submit to the jurisdiction of this district for all purposes. The consolidated complaints should state this intention.

Defendants should file any motions to dismiss no later than **JULY 16, 2007**. Defendants should file a single motion to dismiss for each complaint. Plaintiffs' opposition should be filed no later than **AUGUST 13, 2007**. Defendants' reply should be filed no later than **SEPTEMBER 4, 2007**. The hearing on the motions to dismiss will be held on **THURSDAY, SEPTEMBER 20, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE