IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 07-01826 WHA<br><br>MDL No. 1826 |
| This Document Relates to: | Pretrial Order No. 3A |
| All Actions. / | **TENTATIVE ORDER CALLING FOR COMMENT** |

Appended is a draft order appointing interim counsel. All parties have until **NOON ON FRIDAY, JUNE 1, 2007**, in which to critique said draft. Each critique is limited to five double-spaced pages but may append a copy of the draft with handwritten edits and short proposals.

**IT IS SO ORDERED.**

Dated: May 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE