United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAPHICS PROCESSING UNITS
ANTITRUST LITIGATION

_____/

This Order Relates To:

ALL ACTIONS

_____/

No. C 06-7417 WHA

MDL No. 1826

**ORDER REQUESTING
CLARIFICATION**

        Mr. Lehmann neglected to accept the appointment of interim counsel but only accepted

on behalf of "the Furth firm."  In addition, he must individually accept the appointment.  Please

clarify by **MONDAY, JUNE 11, 2007, AT NOON**.


        **IT IS SO ORDERED.**


Dated: June 7, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE