IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-7417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **ORDER REQUESTING CLARIFICATION** |

    Mr. Lehmann neglected to accept the appointment of interim counsel but only accepted on behalf of "the Furth firm." In addition, he must individually accept the appointment. Please clarify by **MONDAY, JUNE 11, 2007, AT NOON**.

    **IT IS SO ORDERED.**

Dated: June 7, 2007.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE