1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAPHICS PROCESSING UNITS
ANTITRUST LITIGATION

_____/

This Order Relates To:

ALL ACTIONS

_____/

No. C 06-07417 WHA

**REQUEST FOR INFORMATION
RE MOTION TO STAY
DISCOVERY**

For the hearing on Tuesday, defense counsel must be prepared to respond to these

questions:

    1.    Were the Department of Justice document requests based on CIDs rather than

grand jury subpoenas?  Were any CIDs involved?

    2.    Can a subpoena issue without the grand jury being convened?

    3.    Have the two defendants or their counsel revealed to each other the

subpoenas/CIDs received and/or the documents provided?

**IT IS SO ORDERED.**

Dated:  July 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE