IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **REQUEST FOR SUPPLEMENTAL BRIEFING** |

With respect to the prejudice issue, each side should submit a memorandum (up to three pages) listing caselaw holdings involving a prior antitrust dismissal and affirmance where discovery was requested and denied, eventually followed by an indictment and guilty pleas, leading to a new round of antitrust complaints. The specific point of interest would be whether the new complaint was allowed (or not) to reach back *earlier* than the normal limitations period. Please file by **MONDAY, JULY 16, 2007, AT NOON** (plaintiffs should file a single memo). Please give cases exactly on point or advise that there are none.

Defendants are also requested to provide citations to the decision or decisions in which they found the five-factor test for entering a stay of discovery mentioned during oral argument.

**IT IS SO ORDERED.**

Dated: July 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE