IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>_____/<br><br>This Order Relates To:<br><br>ALL ACTIONS<br>_____/ | No. C 06-07417 WHA<br><br>MDL No. 1826<br><br>**ORDER RE QUARTERLY REPORTS OF INTERIM COUNSEL** |

With respect to the quarterly reports by interim counsel, starting with the next report, please include as well a summary that identifies the timekeeper, the timekeeper's position (partner, associate, contract lawyer, summer associate, law school intern, paralegal, college intern) and their billing rate. If more than one firm has done work, then please organize the information by firm. In this way, the Court can more easily see who is putting in the greatest hours. This summary does not need to repeat the individual work entries, although a brief summary of the work done by the individual would be useful. This is in addition to the item-by-item entries, which are also useful.

The format used by the indirect purchasers fails to break down the time by individual and item-by-item entries. In the future, please include the item-by-item entries (please see the format used by the direct purchasers). So, going forward, please include an item-by-item breakdown *and* the summary described above.

The recent reports do not have to be redone. But for the next quarterly report, please go back and include all time since the appointment of interim counsel in the format requested.

In reviewing the indirect report, the Court has become concerned with the vast number of firms logging time to the case, as set forth in Exhibit A. Mr. Lehmann is requested to submit under seal for in camera review an explanation of why so many firms have been included in his interim counsel report. Please do this by **JULY 31, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: July 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2