1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAPHICS PROCESSING UNITS
ANTITRUST LITIGATION

No. C 06-07417 WHA

MDL No. 1826

———————————————————/

This Order Relates To:

**ORDER RE CHANGE OF FIRM
AFFILIATION**

INDIRECT PURCHASER ACTIONS

———————————————————/

     The Court has received Michael P. Lehmann's notice of change in firm affiliation and the Furth Firm's notice of change of firm name.  Mr. Lehmann and the Furth Firm are ordered to explain to the Court why the possibility of Mr. Lehmann's leaving the Furth Firm was not raised in connection with the motion to appoint interim counsel.  Mr. Lehmann and the Furth Firm shall file declarations to that effect, under seal if necessary, no later than **AUGUST 8, 2007, AT NOON**.

     **IT IS SO ORDERED.**

Dated:  August 2, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE