IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826<br><br>**ORDER RE INTERIM COUNSEL'S NEW FIRM AFFILIATION** |
| This Order Relates To:<br><br>INDIRECT PURCHASER ACTIONS / | |

     The Court has read the submissions by the Furth Firm LLP and Mr. Lehmann concerning why his contemplated departure from the Furth Firm was not revealed prior to his appointment as interim counsel. This was a material circumstance that should have been disclosed. Nonetheless, Mr. Lehmann and the Furth Firm shall continue with the appointment with the limitation that he be the sole person from Cohen Milstein Hausfeld and Toll P.L.L.C. working on the case (in the role of interim counsel) and that he continue to work cooperatively with the Furth Firm to manage the case (as per paragraph 8 of his declaration). Mr. Henry A. Cirillo is hereby appointed from the Furth Firm to serve as co-interim counsel subject to the same duties and guidelines set forth earlier. Mr. Cirillo and Mr. Lehmann shall meet and confer and submit a joint certification of their willingness (without qualification) to discharge those duties under said guidelines. Please do this by **AUGUST 20, 2007**.

     **IT IS SO ORDERED.**

Dated: August 13, 2007.

                                                        WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE