1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAPHICS PROCESSING UNITS
ANTITRUST LITIGATION

_____/

This Order Relates To:

ALL ACTIONS

_____/

No. C 06-07417 WHA

MDL No. 1826

**NOTICE RE HEARING ON
MOTIONS TO DISMISS**

    The hearing on defendants' motions to dismiss is hereby continued to **THURSDAY, SEPTEMBER 20, 2007, AT 9:00 A.M.**  Parties should be prepared to continue argument in the afternoon if necessary.

    **IT IS SO ORDERED.**

Dated:  September 12, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE