

A CERTIFIED TRUE COPY

SEP 24 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP 2 5 2007     SEP - 6 2007

RICHARD W. WIEKING     FILED
CLERK, U.S. DISTRICT COURT     CLERK'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

M 07- 1826 WHA

## MDL NO. 1826

### IN RE Graphics Processing Units Antitrust Litigation

*Helen McGee v. Nvidia Corp., et al.,* D. District of Columbia, C.A. No. 1:07-1478

### CONDITIONAL TRANSFER ORDER (CTO-5)

On April 18, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 483 F.Supp.2d 1356 (J.P.M.L. 2007). Since that time, 25 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 18, 2007, and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION