United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | No. C 06-07417 WHA |
| _____/ | MDL No. 1826 |
| This Order Relates To: | **ORDER CLARIFYING ORDER RE INTERIM COUNSEL'S NEW FIRM AFFILIATION** |
| ALL ACTIONS | |
| _____/ | |

Mr. Lehmann should be the only lawyer at Cohen Milstein Hausfeld and Toll P.L.L.C. working on the case.  He may utilize one legal aid at Cohen Milstein, but no more.  He is personally to work with the team previously appointed from the Furth Firm LLP.  When the claim certification is made, the Court will seriously consider a different counsel appointment.

**IT IS SO ORDERED.**

Dated: November 20, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE