LATHAM & WATKINS LLP
MARGARET M. ZWISLER (margaret.zwisler@lw.com)
AMANDA P. REEVES (amanda.reeves@lw.com)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants ATI Technologies ULC,
Advanced Micro Devices, Inc, AMD US Finance, Inc. and 1252986
Alberta ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No. M-07-CV-01826-WHA<br><br>MDL No. 1826<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT PURSUANT TO THE TERMS OF THE PARTIES' JANUARY 17, 2008 STIPULATION**<br><br>**Hon. William H. Alsup**<br>**Courtroom 9, 19th Floor** |
| This Document Relates To:<br><br>INDIRECT PURCHASER ACTION | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER
PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED
COMPLAINT PURSUANT TO THE TERMS OF THE PARTIES'
JANUARY 17, 2008 STIPULATION
Case No. M-07-CV-01826-WHA

Pursuant to the terms of the January 17, 2008 Stipulation entered by the Indirect Purchaser Plaintiffs and Defendants ATI Technologies ULC, Advanced Micro Devices, Inc., AMD US Finance, Inc., 1252986 Alberta ULC, and NVIDIA Corporation, Plaintiffs' Motion for Leave to Add New Plaintiffs and Related State Law Claims is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: January 18, 2008.     By: _____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED* — Judge William Alsup

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT PURSUANT TO THE TERMS OF THE PARTIES' JANUARY 17, 2008 STIPULATION
Case No. M-07-CV-01826-WHA