IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Defendants' motion for leave to file a motion for reconsideration is **DENIED**. The decision relied on by defendants causing a "material difference" in law, *In Re Dynamic Access Random Memory Antritrust Litig.*, 2008 WL 281109 (N.D. Cal. Jan. 29, 2008), was made nearly two months ago. Defendants offer no explanation why this motion was filed now if the decision is in fact a critical change of law. Defendants delay in filing the instant motion is reason enough to reject it.

**IT IS SO ORDERED.**

Dated: March 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE