BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON (*pro hac vice*)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email:  wisaacson@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
DAVID W. SHAPIRO (CA Bar No. 219265)
KEVIN J. BARRY (CA Bar No. 229748)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
        dshapiro@bsfllp.com
        kbarry@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
PHILIP J. IOVIENO (*pro hac vice*)
ANNE M. NARDACCI (*pro hac vice*)
10 North Pearl Street
4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email:  piovieno@bsfllp.com
        anardacci@bsfllp.com

*Attorneys for Plaintiff Jordan Walker
Interim Class Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | Case No.: M:07-CV-01826-WHA<br><br>MDL No. 1826<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor |

For good cause shown, Direct Purchaser Plaintiffs' Motion to Remove Incorrectly Filed Document is **GRANTED**.

The Clerk of the Court is directed to remove from the docket document **No. 406**, "Reply Memorandum In Support of Direct Purchaser Plaintiffs' Class Certification Motion [Redacted Version]."

The Court will consider document **No. 420**, "Reply Memorandum [*Correction to Doc. # 406] In Support of Direct Purchaser Plaintiffs' Class Certification Motion [Redacted Version]" to be the correct version of the redacted Reply brief.

**IT IS SO ORDERED.**

DATED: __June 3_____, 2008

_____
Hon. William H. Alsup
United States District Court Judge