Henry A. Cirillo (Cal. Bar No. 131527)
Michael S. Christian (Cal. Bar No. 212716)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:  (415) 433-2070
Facsimile:   (415) 982-2076
E-mail:      hcirillo@furth.com
             mchristian@furth.com

Michael P. Lehmann (Cal. Bar No. 77152)
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643
E-mail:      mlehmann@cmht.com

*Co-Interim Class Counsel for the Putative Class of Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. M:07-CV-01826-WHA<br><br>MDL No. 1826<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT MOTIONS OF (1) THE FURTH FIRM LLP FOR PERMISSION TO WITHDRAW AS INTERIM CO-LEAD COUNSEL; AND (2) INDIRECT PURCHASER PLAINTIFFS FOR APPOINTMENT OF ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP AS INTERIM CO-LEAD COUNSEL<br><br>Date:      TBD<br>Time:      TBD<br>Judge:     Hon. William H. Alsup<br>Courtroom: 9, 19th Floor |

94476.1

The Joint Motions of (1) The Furth Firm LLP for Permission to Withdraw as Interim Co-Lead Counsel; and (2) Indirect Purchaser Plaintiffs for Appointment of Zelle, Hofmann, Voelbel, Mason & Gette LLP as Interim Co-Lead Counsel, came on for hearing on shortened time on 6/10, 2008 at 10 a.m. in Courtroom 19 of the above-entitled Court before the Honorable William H. Alsup, United States District Judge.

Having considered the motion, the movants' supporting declaration, and all other pertinent documents and pleadings filed in this action, and good cause appearing therefor, it is hereby ORDERED that:

1. The motion of The Furth Firm LLP to withdraw as interim co-lead counsel for the putative class of indirect purchasers is GRANTED.

2. The Court appoints the law firm of Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle, Hofmann") to serve as interim co-lead counsel with Michael Lehmann in place and stead of The Furth Firm LLP, to serve until such time as this Court rules on the Indirect Purchaser Plaintiffs' Motion for Class Certification dated April 24, 2008 (Doc. 317), and if it grants class certification, appoints lead counsel. As such interim co-lead counsel, Zelle, Hofmann shall have all of the obligations remaining to be performed by interim co-lead counsel as specified in this Court's June 4, 2007 Pretrial Order No. 3C, Final Order Appointing Interim Counsel for Putative Classes (Doc. 18).

SO ORDERED.

Dated: June 10, 2008.

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

94476.1                                             -1-
[PROPOSED] ORDER GRANTING JOINT MOTIONS OF (1) THE FURTH FIRM LLP FOR PERMISSION TO WITHDRAW AS INTERIM CO-LEAD COUNSEL; AND (2) INDIRECT PURCHASER PLAINTIFFS FOR APPOINTMENT OF ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP AS INTERIM CO-LEAD COUNSEL – Case No. M:07-CV-01826-WHA