IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **REQUEST FOR INFORMATION RE PENDING MOTIONS TO SEAL** |

In light of the overwhelming number of documents submitted under seal and defendants' indication that they no longer maintain the confidentiality of several of such documents, defendants are requested to submit one short memorandum by **JULY 9 AT NOON** listing all documents which it still maintains qualify for submission under seal and the reasons therefor.

**IT IS SO ORDERED.**

Dated: July 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE