**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IN RE GRAPHICS PROCESSING UNITS          No. C 06-07417 WHA
     ANTITRUST LITIGATION
11
12   _____/   MDL No. 1826
13   This Order Relates To:                     **ORDER PRELIMINARY**
                                                **APPROVING SEALING**
14   ALL ACTIONS                                **DOCUMENTS**
15
     _____/
16
17        Good cause shown, defendants' request to seal all documents and passages identified in
18   ATI and Nvidia's responses (Dkt. 489 and 491) to the Court's request for information regarding
19   pending motions to seal is preliminary approved.  The parties should jointly submit a proposed
20   sealing order listing all such documents and passages.
21
22        **IT IS SO ORDERED.**
23
24   Dated: July 11, 2008.              _____
25                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
26
27
28