**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **ORDER SETTING HEARING ON DISCOVERY DISPUTE OF DIRECT AND INDIRECT PURCHASER PLAINTIFFS** |

The Court is in receipt of direct and indirect purchaser plaintiffs' letter of July 11, 2008, concerning a discovery dispute and hereby **ORDERS** the parties to further meet and confer at **11:00 A.M. ON FRIDAY, JULY 17** in the Attorney's Lounge on the eighteen floor of the federal courthouse. Any unresolved discovery dispute shall be heard by the Court at **1:30 P.M. ON JULY 17**. Defendants ATI and Nvidia need to respond to plaintiffs' letter by noon on July 16.

**IT IS SO ORDERED.**

Dated: July 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE