IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826<br><br>**AMENDED ORDER SETTING HEARING ON DISCOVERY DISPUTE OF DIRECT AND INDIRECT PURCHASER PLAINTIFFS** |
| This Order Relates To:<br><br>ALL ACTIONS / | |

The Court is in receipt of direct and indirect purchaser plaintiffs' letter of July 11, 2008, concerning a discovery dispute and hereby **ORDERS** the parties to further meet and confer at *11:00 A.M. ON FRIDAY, JULY 18* in the Attorney's Lounge on the eighteen floor of the federal courthouse. Any unresolved discovery dispute shall be heard by the Court at *1:30 P.M. ON JULY 18*. Defendants ATI and Nvidia need to respond to plaintiffs' letter by noon on July 16.

**IT IS SO ORDERED.**

Dated: July 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE