BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON (*pro hac vice*)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email:  wisaacson@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
DAVID W. SHAPIRO (CA Bar No. 219265)
KEVIN J. BARRY (CA Bar No. 229748)
DEAN M. HARVEY (CA Bar No. 250298)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
        dshapiro@bsfllp.com
        kbarry@bsfllp.com
        dharvey@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
PHILIP J. IOVIENO (*pro hac vice*)
ANNE M. NARDACCI (*pro hac vice*)
10 North Pearl Street
4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email:  piovieno@bsfllp.com
        anardacci@bsfllp.com

*Attorneys for Plaintiff Jordan Walker*
*Interim Class Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | Case No.: M:07-CV-01826-WHA<br><br>MDL No.  1826<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF DISCOVERY HEARING** ; AND ORDER<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor |

STIPULATED REQUEST FOR ORDER CHANGING TIME OF DISCOVERY HEARING
M:07-CV-01826-WHA

Pursuant to Local Rule 6-2, Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs"), together with Defendants ATI Technologies ULC, Advanced Micro Devices, Inc., AMD US Finance, Inc., and 1252986 Alberta ULC (collectively, "ATI"), and NVIDIA Corporation (collectively "Defendants"), hereby stipulate and respectfully request as follows:

WHEREAS the Court's Amended Order Setting Hearing on Discovery Dispute of Direct and Indirect Purchaser Plaintiffs (Dkt. No. 500) set the Hearing for 1:30 PM on Friday, July 18 and set the due date for Defendants' response for noon on Wednesday, July 16; and

WHEREAS the parties had previously scheduled a deposition on July 18 involving counsel who had planned to present argument at the Hearing; and

WHEREAS Defendants do not object to Plaintiffs' request to move the Hearing date and believe that additional time to meet and confer with Plaintiffs prior to filing a response to Plaintiffs' letter will help the parties reduce the number of issues to be addressed at the Hearing;

IT IS HEREBY STIPULATED AND AGREED that the parties will meet and confer regarding the discovery dispute described in Plaintiffs' July 11, 2008 letter in the Attorney's Lounge on the eighteenth floor of the San Francisco Federal Courthouse during the morning of Thursday, July 17.  Any unresolved discovery dispute shall be heard by the Court on Thursday July 17 at a time of the Court's convenience.  Defendants shall respond to Plaintiffs' letter by 9:00 A.M. on Thursday, July 17.

Dated: July 15, 2008	BOIES, SCHILLER & FLEXNER LLP

By:	/s/ John F. Cove, Jr.

JOHN F. COVE, JR.
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Interim Class Counsel for Direct Purchaser Plaintiffs*

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

By:    /s/ Michael Lehman (by authorization)

MICHAEL LEHMAN
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

*Co-Interim Class Counsel for Indirect Purchaser Plaintiffs*

LATHAM & WATKINS LLP

By:    /s/ Charles H. Samel (by authorization)

CHARLES H. SAMEL
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 891-8285
Facsimile:  (213) 891-8763

*Counsel for Defendant ATI*

COOLEY GODWARD KRONISH LLP

By:    /s/ Whitty Somvichian (by authorization)

WHITTY SOMVICHIAN
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 639-2222

*Counsel for Defendant NVIDIA*

ORDER

The parties shall meet and confer on July 17, 2008, at 10:00 a.m.  A hearing shall take place at approximately 3:30 p.m. on any unresolved issue(s).

Dated: July 16, 2008.



2

STIPULATED REQUEST FOR ORDER CHANGING TIME OF DISCOVERY HEARING
M:07-CV-01826-WHA