COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
NVIDIA CORPORATION

LATHAM & WATKINS LLP
MARGARET M. ZWISLER (margaret.zwisler@lw.com)
AMANDA P. REEVES (amanda.reeves@lw.com)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants ATI Technologies ULC,
Advanced Micro Devices, Inc., AMD US Finance, Inc., and
1252986 Alberta ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  M:07-cv-01826-WHA<br><br>MDL No. 1826<br><br>~~[PROPOSED]~~ **ORDER SEALING CERTAIN PORTIONS OF CERTAIN CLASS CERTIFICATION FILINGS** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER SEALING CERTAIN
PORTIONS OF CERTAIN CLASS CERT. FILINGS
M:07-CV-01826-WHA

1   Pursuant to this Court's July 11, 2008 Order (docket entry # 492) preliminarily approving
2   the sealing of certain documents and passages listed in the July 9, 2008 responses by Defendant
3   NVIDIA Corporation ("NVIDIA") and Defendants ATI Technologies ULC (formerly ATI
4   Technologies, Inc.), Advanced Micro Devices, Inc., AMD US Finance, Inc. and 1252986 Alberta
5   ULC (collectively, "ATI Defendants") to the Court's request for information regarding pending
6   motions to seal, and good cause appearing,

7   IT IS HEREBY ORDERED that the following documents and/or information shall remain
8   under seal in this matter:

9   (A)   (Docket Entry # 318) Memorandum of Points and Authorities in Support of
10  Indirect Purchaser Plaintiffs' Motion for Class Certification – the only full paragraph on page 19
11  of Indirect Purchaser Plaintiffs' Motion for Class Certification (lines 6-16).

12  (B)   (Docket Entry # 319) Declaration of Michael P. Lehmann in Support of Indirect
13  Purchaser Plaintiffs' Motion for Class Certification – exhibits 1 and 2.

14  (C)   (Exhibit A to Docket Entry # 326) Expert Report of David J. Teece – paragraphs
15  50, sentences 4-7 and 9-13 (lines 5-12 and 15-24 of page 24), and 51, sentences 2-4 (on lines 2-12
16  of page 25), and footnotes 53-58.

17  (D)   (Exhibit to Docket Entry # 373) Expert Report of Michelle Burtis Regarding
18  Direct Purchaser Plaintiffs' Motion for Class Certification – paragraphs 52, 55, and 56; footnotes
19  55, 56, 63-65, 68, 69, 77, 79, 81, 82, 98, and 108; exhibits D-6, D-15b, and D-17b; and exhibits
20  D-5, D-19, D-20, D-22, D-23, D-24, D-25, D-26, D-27, D-28, D-29, D-30, D-31, D-31a, D-32,
21  D-32a, D-33, D-33a, D-34, D-34a, D-35, D-35a, D-36, D-36a, D-37, D-37a, D-38, D-38a, D-42a,
22  D-42b, D-42c, D-48, and D-49 (customer and product names only).

23  (E)   (Exhibit A to Docket Entry # 374) Expert Report of Michelle Burtis Regarding
24  Indirect Purchaser Plaintiffs' Motion for Class Certification – paragraphs 82 and 86; paragraphs
25  95 and 107 (customer and product names only); footnotes 100-103 and 105; footnotes 61, 97, 99,
26  and 114 (customer and product names only); exhibit I-33; and exhibits I-29, I-30, I-31, I-34, I-35,
27  I-37, I-38, I-41, and I-42 (customer and product names only).

28  (F)   (Docket Entry # 375) Declaration of Jeffrey D. Fisher in Support of Defendants'

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

[PROPOSED] ORDER SEALING CERTAIN
PORTIONS OF CERTAIN CLASS CERT. FILINGS
M:07-CV-01826-WHA

Opposition to Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' Motions for Class Certification – portions of paragraphs 12 (lines 4-10), 15 (lines 2-7), 17 (lines 7-10), and 19 (lines 5-9), and all of paragraphs 26-28, 30, 31, 33, 34, 36-38, 40-43, 46, and 48, and diagrams 1-6.

(G) (Docket Entry # 376) Declaration of Matthew Skynner in Support of Defendants' Oppositions to Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' Motions for Class Certification (redactions of customer and product names only) – paragraphs, 40, 41, and 46.

(H) (Docket Entry # 403) Reply Memorandum in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification – footnote 7 (parenthetical on lines 13-15)

(I) (Docket Entry # 407) Declaration of Kevin J. Barry in Support of Direct Purchaser Plaintiffs' Reply Memorandum in Support of Class Certification – exhibit 5 (portions of paragraphs 12 (lines 4-10), 15 (lines 2-7), 17 (lines 7-10), and 19 (lines 5-9), and all of paragraphs 26-28, 30, 31, 33, 34, 36-38, 40-43, 46, and 48; and diagrams 1-6), exhibit 6, exhibits 9-18 (customer and product names only), and exhibits 19-30.

(J) (Docket Entry # 413) Supplemental Declaration of Michael P. Lehmann in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification – exhibits 36 and 37.

(K) (Exhibit A to Docket Entry # 420) Reply Report of David J. Teece – paragraph 31, lines 9-10 (four dollar figures), and exhibits 2a-2d, 3a-3d, 4a-4d, 5a-5d, and 6a-6b.

(L) (Docket Entry # 427) Corrected Rebuttal Declaration of Dr. Janet Netz in Support of Plaintiffs' Motion for Class Certification – paragraphs 30 (lines 7-15) and 67 (lines 6, 7, 9, and 10), and footnotes 43 (lines 1-8 and any customer names), 45 (customer names only), 46 (customer names only), 47 (customer names only), 92 (line 1), 93 (lines 1-2), and 95 (lines 1-5 of the first bullet point, line 1 of the third bullet point, lines 1-3 of the fourth bullet point, and any customer names).

IT IS SO ORDERED.

Dated: __July 22_____, 2008

_____
The Honorable William Alsup
United States District Court Judge