IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **ORDER SHORTENING TIME ON MOTION TO STAY** |

  Plaintiffs' motion for a stay pending their appeal of the order certifying a limited direct purchaser class is **GRANTED**. Defendants should file a response to the motion by **AUGUST 4 AT NOON**. Any reply should be filed by **AUGUST 6 AT NOON**. The hearing on the motion will be on **AUGUST 7 AT 8AM**.

  **IT IS SO ORDERED.**

Dated: July 29, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE