IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITITGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS / | **ORDER CLARIFYING ORDER SHORTENING TIME ON MOTION TO STAY** |

In an order issued earlier today, the Court inadvertently stated "[p]laintiffs' motion for a stay pending their appeal of the order certifying a limited direct purchaser class is **GRANTED**" (Dkt. 549). The sentence should have stated "[p]laintiffs' motion to *shorten time* on its motion to stay pending their appeal of the order certifying a limited direct purchaser class is **GRANTED**." The Court has not yet decided whether the pending motion to stay should be granted. The parties should proceed on the briefing schedule set forth in the previous order.

**IT IS SO ORDERED.**

Dated: July 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE