IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION _____/ This Order Relates To: ALL ACTIONS _____/ | No. C 06-07417 WHA MDL No. 1826 **ORDER APPROVING NOTICE OF PENDING CLASS ACTION TO POTENTIAL CLASS MEMBERS AND NOTICE OF RIGHT TO MOVE TO INTERVENE TO NON-CLASS DIRECT PURCHASERS SUBJECT TO STATED CONDITION** |

The parties' joint proposed notice of pending class action to potential class members and notice of right to intervene to non-class direct purchasers are hereby **APPROVED** subject to the following condition. At the cost of direct-purchaser plaintiffs, if an e-mail sent to a putative class member is returned as undeliverable, a letter via regular mail shall be sent within five calender days to the class member's street or post office address, and if returned or unknown shall be determined by the National Change of Address service.

**IT IS SO ORDERED.**

Dated: August 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE