IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

No. C 06-07417 WHA

MDL No. 1826

This Order Relates To:

ALL ACTIONS

**ORDER DENYING MOTION TO STAY**

In 1998, Rule 23 was amended to permit parties to seek an appeal from a district court's class certification order. This amendment has turned out to lead to an appeal in virtually every class certification order granting or denying certification. At the same time, the courts of appeal have granted relatively few appeals. While the Ninth Circuit has not addressed some issues lurking in the present record, this case would not be a good vehicle to reach those issues, given that the econometric work tendered by plaintiffs was so deficient, a factor that will color the entirety of any appeal. If the circuit does grant review, of course, an appropriate stay may be entered. In the meantime, the case should proceed on its normal and ordinary course. The motion to stay is denied in its entirety, including as to expert reports and trial.

Dated: August 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE