IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION. / | No. C 07-01826 WHA |
| This Document Relates To: All Direct Purchaser Actions. / | **ORDER SETTING HEARING** |

The Court is in receipt of direct purchaser plaintiffs' August 5, 2008, concerning a discovery dispute. The parties are **ORDERED** to further meet-and-confer in the Court's jury room starting at **9:00 A.M. ON AUGUST 18, 2008**. At **1:00 P.M.** later that day, the Court shall hold a hearing on any unresolved issues.

**IT IS SO ORDERED.**

Dated: August 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE