IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION _____/ | No. C 06-07417 WHA<br><br>MDL No. 1826 |
| This Order Relates To:<br><br>ALL ACTIONS _____/ | **ORDER APPROVING JOINT PROPOSAL FOR DISSEMINATION AND AGREED UPON PUBLICATIONS FOR NOTICE** |

The parties' joint proposal for dissemination of notice along with the joint list of agreed upon publications for notice are hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: August 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE