IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | No. C 06-07417 WHA<br><br>MDL No. 1826<br><br>**ORDER DENYING REQUEST TO STAY** |
| This Order Relates To:<br><br>ALL ACTIONS / | |

    The parties' request to stay all proceedings is **DENIED**. The expert reports will aid the Court in evaluating the reasonableness of the settlement. The reports would have otherwise been due on September 19. Surely they must be close to complete and require only minimal efforts to finalize.

**IT IS SO ORDERED.**

Dated: September 17, 2008.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE