FILED

SEP 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INDIRECT PURCHASER,<br><br>　　　　Plaintiff - Petitioner,<br><br>　v.<br><br>NVIDIA CORPORATION; et al.,<br><br>　　　　Defendants - Respondents. | No. 08-80113<br><br>D.C. No. 07-cv-01826-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Petitioner's unopposed motion to withdraw the petition for permission to appeal denial of class certification pursuant to Federal Rule of Civil Procedure 23(f) is granted.

The petition is withdrawn.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　Molly Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By: Elizabeth Coleman
　　　　　　　　　　　　　　　　Motions Attorney/Deputy Clerk
　　　　　　　　　　　　　　　　9th Cir. R. 27-7
　　　　　　　　　　　　　　　　General Orders/Appendix A

ec/MOATT