IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION _____ / This Order Relates To: ALL ACTIONS _____ / | MDL No. 1826 **ORDER GRANTING REQUEST RE MOTION FOR PRELIMINARY APPROVAL** |

The parties request to modify the schedule for the motion for preliminary approval is hereby **GRANTED**. The motion must be filed by **OCTOBER 2, 2008, AT NOON**. Due to the unavailability of the Court the week of October 6, the hearing on the motion is hereby rescheduled to **OCTOBER 15, 2008, AT 9AM**.

**IT IS SO ORDERED.**

Dated: September 26, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE