| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>5301 Wisconsin Ave. NW, Suite 800<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>Email: wisaacson@bsfllp.com | |
| BOIES, SCHILLER & FLEXNER LLP<br>JOHN F. COVE, JR. (CA Bar No. 212213)<br>DAVID W. SHAPIRO (CA Bar No. 219265)<br>KEVIN J. BARRY (CA Bar No. 229748)<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>Email: jcove@bsfllp.com<br>dshapiro@bsfllp.com<br>kbarry@bsfllp.com | BOIES, SCHILLER & FLEXNER LLP<br>PHILIP J. IOVIENO (*pro hac vice*)<br>ANNE M. NARDACCI (*pro hac vice*)<br>10 North Pearl Street<br>4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>Email: piovieno@bsfllp.com<br>anardacci@bsfllp.com |

*Attorneys for Plaintiff Jordan Walker*
*Proposed Class Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | Case No.: M:07-CV-01826-WHA<br><br>MDL No. 1826<br><br>**DECLARATION OF KEVIN J. BARRY IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor<br><br>Date: October 15, 2008<br>Time: 9:00 a.m. |

I, KEVIN J. BARRY declare as follows:

1. I am an associate of the law firm of Boies, Schiller & Flexner LLP ("BSF"), Interim Lead Counsel for the Direct Purchaser Plaintiffs. My firm serves as attorney of record for plaintiff Jordan Walker. The matters set forth herein are within my personal knowledge, and if called upon and sworn as a witness I could competently testify regarding them.

2. All facts contained in the attached Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement, which pertain to BSF and the members of BSF, are true and correct to the best of my knowledge.

3. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of J. Douglas Zona.

4. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Richard F. Ferraro.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October, 2008 at Oakland, California.

          /s/ Kevin J. Barry
          Kevin J. Barry