FILED

OCT 02 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORDAN WALKER, d/b/a Mike's Computer Services, on Behalf of Themselves and All Others Similarly Situated; et al., <br><br> Plaintiffs - Petitioners, <br><br> v. <br><br> NVIDIA CORPORATION; et al., <br><br> Defendants - Respondents. | No. 08-80114 <br><br> D.C. No. 07-cv-01826-WHA Northern District of California, San Francisco <br><br> ORDER |

The joint motion to stay this petition for permission to appeal is granted.

Within 60 days after the date of this order, or upon the district court's approval of a settlement agreement, whichever is sooner, the parties shall each file a status report and appropriate motion for relief, or shall file a joint status report and appropriate motion for relief.

ec/MOATT

This petition is held in abeyance pending further order of the court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Elizabeth Coleman
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

ec/MOATT