IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION / | MDL No. 1826 |
| This Order Relates To: ALL ACTIONS / | **REQUEST FOR INFORMATION** |

     The Court at the hearing yesterday on the direct purchasers' motion for preliminary approval of a settlement agreement learned that there was some type of cash exchange between defendants and the indirect purchasers' law firm resulting in a dismissal of all the indirect claims with prejudice. Counsel's statements at the hearing are seemingly inconsistent on this point. This was done without any Court approval. One concern is that absent putative indirect class members might have been relying on the pendency of the indirect action and its tolling of the limitations period even though it was not certified. This concern raises the issue of whether notice should be provided to allow indirect purchases to bring their own suits before the limitations period runs. Please address this issue and the extent to which the Court has the authority under Rule 23 and 41 (please disclose caselaw both ways) to require notice despite the current wording of Rule 23(e). Also, please disclose all details of the cash payment and all other terms of the settlement. Please do so by **OCTOBER 23, 2008 AT NOON** in a public filing. If a hearing is warranted after review of the submission, then the Court will schedule a hearing.

     **IT IS SO ORDERED.**

Dated: October 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE