# EXHIBIT 1

**THIS IS AN IMPORTANT LEGAL NOTICE.  THE MATTERS DISCUSSED IN THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS.**
*PLEASE READ THIS NOTICE CAREFULLY.*

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>THE CERTIFIED CLASS OF DIRECT PURCHASER PLAINTIFFS | Case No: M:07-CV-01826-WHA<br><br>MDL No.  1826<br><br>Hon. William H. Alsup |

## NOTICE OF CLASS ACTION SETTLEMENT

**TO:** All individuals and entities who purchased graphics processing card products online from the websites of ATI Technologies ULC (shop.ati.com) or Nvidia Corporation (www.nvidia.com) in the United States during the period from December 4, 2002 to November 7, 2007.

**YOU MAY BE ENTITLED TO MONEY AS A RESULT OF A SETTLEMENT – AT LEAST 10% OF THE PRICE OF GRAPHICS CARDS PURCHASED DIRECTLY FROM ATI OR NVIDIA FROM DECEMBER 4, 2002 TO NOVEMBER 7, 2007.**

**FOR EXAMPLE, IF YOU PURCHASED A $200 CARD DIRECTLY FROM ATI OR NVIDIA DURING THIS TIME, IT IS ESTIMATED YOU ARE ELIGIBLE TO RECEIVE A CHECK FOR AT LEAST $20.  YOU MAY RECEIVE A CHECK FOR A LARGER AMOUNT DEPENDING ON THE NUMBER OF CLASS MEMBERS WHO SUBMIT VALID CLAIMS.**

**THIS SETTLEMENT MAY ALSO ELIMINATE SOME OF YOUR RIGHTS TO SUE NVIDIA, ATI, AND AMD IN CONNECTION WITH YOUR PURCHASE OF GRAPHICS CARDS.**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

**I.     PURPOSE OF NOTICE**

Your rights may be affected by the preliminary approval of a settlement in the class action case *In re Graphics Processing Units Antitrust Litigation* ("*In re GPU*"), a lawsuit now pending before the United States District Court for the Northern District of California ("the Court") (Case No. 07-1826 (WHA)).

On July 18, 2008, the Court ruled that *In re GPU* may proceed as a class action as to everyone in the U.S. who purchased graphics cards directly from shop.ati.com and www.nvidia.com from December 4, 2002 to November 7, 2007 (the "Class"). You may be a member of this Class. On October 15, 2008, the Court granted preliminary approval of a settlement in this case. A hearing on final approval of the settlement (the "Settlement Hearing") will be held on February 26, 2009 at 8:00 a.m. The purpose of this notice is to advise you of the details of this settlement and your rights concerning it.

The complaint in the *In re GPU* case alleges that Nvidia and ATI engaged in a conspiracy to fix, raise, maintain and stabilize prices of graphics processing chips and cards. It also claims that Nvidia and ATI unlawfully colluded to coordinate new product introductions. The Plaintiffs in the lawsuit name Nvidia, ATI, AMD (which acquired ATI in 2006) and two AMD corporate entities as defendants, and they seek to represent everyone who purchased a graphics card directly from Nvidia's or ATI's websites from December 4, 2002 to November 7, 2007. The Defendants vigorously deny that they engaged in any such conspiracy, but they have agreed to pay $1.7 million to settle all claims in this case and end the litigation.

If you are a member of this Class, you will be entitled to make a claim against this $1.7 million settlement. The amount of money you will receive will depend on a number of factors, including: (1) how many graphics cards you purchased directly from ATI's or Nvidia's websites (shop.ati.com and www.nvidia.com) between December 4, 2002 and November 7, 2007; (2) the price you paid for those graphics cards; (3) how much money the Court awards as attorneys' fees and costs to the lawyers who have represented the Class; and (4) how many Class members submit claims. If you are a member of the Class and you make a claim, based on currently

available records, it is estimated that you will receive **at least 10%** of the price you paid for your card(s). In other words, if you purchased a graphics card directly from shop.ati.com or www.nvidia.com between December 4, 2002 and November 7, 2007 for $200, you will receive at least $20. If you purchased a card for $400 directly from these websites during the same time, you will receive at least $40. Depending on the factors listed above, your recovery could be smaller or larger than 10%. If you are a Class member, you can make a claim for as many cards as you purchased directly from shop.ati.com or www.nvidia.com between December 4, 2002 and November 7, 2007. This Notice explains below how Class members can make these claims.

In exchange for the $1.7 million settlement payment, Class members will give up their right to sue Nvidia or ATI, AMD and the two AMD entities named as Defendants for claims related in any way to the allegations in *In re GPU* (discussed below). This release of claims does not mean, however, that Class members give up the right to make claims against these Defendants for product liability, breach of contract, breach of warranty or personal injury unrelated to the allegations in the complaint. Class members retain these rights even after the settlement is approved.

The Court has to approve all aspects of this settlement—the amount of the settlement payment, the rights Class members will surrender in exchange for this money, and any money to be awarded to the lawyers from the settlement payment. A full copy of the settlement agreement can be found on the website maintained by Class Counsel (www.gpuantitrust.com) and on the Claims Administrator's website (www.gpuantitrustsettlement.com). If you choose to object to the settlement for any reason, this Notice explains what your rights are and how to object. On February 26, 2009, at 8:00 a.m. the Court will have a hearing to determine whether to give final approval to the settlement (the "Settlement Hearing"), and if you object to the settlement and want to be heard at the hearing, this Notice explains how to do that as well.

The specifics of submitting claims, filing objections, and appearance at the Settlement Hearing will be discussed below, but the following chart summarizes your rights.

| YOUR LEGAL RIGHTS AND OPTIONS UNDER THE SETTLEMENT ||
|---|---|
| **YOU MUST SUBMIT A CLAIM FORM AND RELEASE TO RECEIVE A PAYMENT.** | If the Settlement is approved by the Court, and you are a member of the Class, you must complete and sign a Proof of Claim Form and Release to receive a payment. You must send the Claim Form to the Claims Administrator by February 5, 2009. |
| **YOU MAY OBJECT TO THE SETTLEMENT BY:** | If you wish to object to any part of the Settlement, you may do so by filing in the Office of the Clerk of the United States District Court for the Northern District of California a statement of your position and the grounds for it. You must file such a document(s) by February 5, 2009. You must also send copies of your position statement to the lawyers for the Settling Parties by the same deadline. |
| **YOU MAY ATTEND THE SETTLEMENT HEARING TO BE HELD ON FEBRUARY 26, 2008 at 8:00 a.m.** | If you file in the Office of the Clerk of the United States District Court for the Northern District of California a notice of intention to appear at the Settlement Hearing, and a statement of your position on the Settlement Agreement by February 5, 2009, you may (but do not have to) attend the Settlement Hearing and present your objections to the Court. You may attend the Settlement Hearing even if you do not file a written objection, but you will only be allowed to speak at the Settlement Hearing if you file written comments in advance of the Settlement Hearing. |
| **YOU MAY DO NOTHING** | If you are a Class Member and you do not submit a Proof of Claim Form, you will be bound by the release of the Settling Parties, you will receive no payment and you will not be able to bring or pursue any of the Released Claims in any other lawsuit or proceeding. |

Again, the Court still has to decide whether to approve the Settlement Agreement. Payments will be made only if the Court approves the Settlement Agreement and that approval is upheld in the event of any appeal.

## II.     BACKGROUND OF THE ACTIONS

Plaintiffs Jordan Walker, Michael Bensignor d/b/a Mike's Computer Services, Karol Juskiewicz and Fred Williams ("Plaintiffs") on behalf of themselves and other similarly situated

direct purchasers of graphics processing chips and graphics cards, brought this lawsuit against the ATI defendants and NVIDIA (collectively "Defendants").

The Plaintiffs have alleged, among other things, that (1) Defendants violated the federal antitrust laws by conspiring to fix, raise, maintain or stabilize the prices of graphics processing chips and graphics cards sold in the United States; and (2) these acts caused the Class to incur significant damages.

Defendants have denied and continue to deny (1) each and all of the claims and allegations of wrongdoing made by the Plaintiffs and Class Members in the Actions and maintain furthermore that they have meritorious defenses; (2) all charges of wrongdoing or liability against them arising out of any of the conduct, statements, acts or omissions alleged, in the Actions, and Defendants vigorously contend that the factual allegations in the complaints relating to them are materially inaccurate; and (3) the allegations that the Plaintiffs or any Class Member was harmed by any conduct by Defendants alleged in the Actions or otherwise. Plaintiffs and Defendants agree that the Settlement Agreement shall not be deemed or construed to be an admission or evidence of any violation of any statute or law or of any liability or wrongdoing by Defendants or of the truth of any of the claims or allegations alleged in the Actions.

The Class Action was described in the previous Notice sent to the Class in August 2008.

**THIS NOTICE IS NOT TO BE UNDERSTOOD AS AN EXPRESSION OF ANY OPINION FROM THE COURT AS TO THE MERITS OF ANY OF THE CLAIMS OR DEFENSES ASSERTED BY PLAINTIFFS OR DEFENDANTS AND DOES NOT MEAN THAT THE COURT HAS FOUND THAT DEFENDANTS ENGAGED IN THE CONDUCT THAT PLAINTIFFS HAVE ALLEGED.**

### III.   THE CLASS

On July 18, 2008, the Court certified the Class and designated Plaintiffs Jordan Walker and Michael Bensignor d/b/a Mike's Computer Services to be the representatives of the Class. Previously, on June 4, 2007, the Court appointed Boies, Schiller & Flexner LLP to serve as interim lead counsel for the Class ("Class Plaintiffs' Lead Counsel").  The Class is defined as:

> **All individuals and entities who purchased graphics processing card products online from defendants' websites in the United States during the period from December 4, 2002 to November 7, 2007.**

Excluded from the Class are the Defendants and their affiliates, and any of their officers, directors, or employees.  Also excluded from the Class are any federal, state or local government entity, and any judge, justice or judicial officer presiding over this matter and the members of their immediate families and judicial staffs.

### IV.  THE PROPOSED SETTLEMENT

The following description of the Settlement Agreement is only a summary.  The Settlement Agreement and its exhibits are posted on the website maintained by Class Counsel (www.gpuantitrust.com) and on the Claims Administrator's website (www.gpuantitrustsettlement.com).

#### A.  The Settlement Amount

Subject to the terms of the Settlement Agreement, Defendants paid $1,700,000 (One Million Seven-Hundred Thousand Dollars) into an interest-bearing Escrow Account.  These funds, and any interest earned thereon, are referred to in this Notice as the "Gross Settlement Fund."

#### B.  Investigation Leading to the Settlement

Plaintiffs conducted extensive investigation and formal discovery of the facts relating to the claims alleged in the Actions and retained and consulted with economists and other experts.  Based upon their extensive investigation, consultation with experts, and their evaluation of the claims of the Class Members and defenses that might be asserted, Class Plaintiffs' Lead Counsel believe that the settlement is fair, reasonable and adequate and in the best interests of the Class.

#### C.  Release of Claims Against Settling Defendants and Releasees

In the event that the Court approves the Settlement Agreement after the Settlement Hearing, each Class Member shall be barred from bringing their own lawsuits for recovery of claims that in any way relate to the subject matter of the Actions.  This means that if the Court

approves the proposed settlement, and you are a Class Member, you cannot sue, continue to sue, or be a part of any other lawsuit, for the claims that the Settlement Agreement resolves. If you are a Class Member, when the proposed settlement become final—even if you do not submit a Proof of Claim Form—you will be releasing the Defendants and all other Releasees (consisting of certain persons and entities related to the Defendants) from any and all claims, demands and causes of action, whether known or unknown, that relate to any conduct prior to the date of this Agreement and arising out of or related in any way to the purchase of graphics processing card products online from Defendants' websites in the United States during the period from December 4, 2002, to November 7, 2007, or any conduct alleged or that could have been alleged in the Actions, as provided in the Settlement Agreement. However, Class Members will not release claims against Defendants for product liability, breach of contract, breach of warranty or personal injury unrelated to the allegations in the Complaint.

### D. Attorneys' Fees and Expenses

The Settlement Agreement provides that attorneys' fees and expenses may be paid out of the Gross Settlement Fund after Court approval. Class Plaintiffs' Lead Counsel will request reimbursement for a portion of their attorneys' fees and litigation costs and expenses. On or before January 22, 2009, Class Counsel will apply to the Court for an award, from the Gross Settlement Fund, of attorneys' fees and litigation and settlement expenses incurred on behalf of the Class of up to 35% of the Gross Settlement Fund (the $1.7 million plus interest). Any costs, fees and expenses that the Court approves will be paid solely out of the Gross Settlement Fund. The fee and expense application will be available for inspection during normal business hours at the Office of the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102. It will also be available on the website maintained by the Class Counsel (www.gpuantitrust.com) and on the Claims Administrator's website (www.gpuantitrustsettlement.com).

## V.   CLAIMS PROCESS AND DEADLINES

### A.   Filing and Processing of Claim Forms

If you are a Class Member and the settlement becomes effective in accordance with the terms of the Settlement Agreement, you will be entitled to share in the Net Settlement Fund (the $1.7 million plus interest minus whatever attorneys' fees and costs the Court awards).  To receive any distribution from the Net Settlement Fund, you must complete and sign the enclosed Proof of Claim Form ("Claim Form") or complete and sign the Claim Form online at www.gpuantitrustsettlement.com.  If sent by mail, it must be sent to the Claims Administrator via first-class mail, postmarked on or before February 5, 2009, at the following address:

*GPU Antitrust Litigation*
c/o Administar Services Group LLC
P.O. Box 56636
Jacksonville, FL 32241-6636

Or you may complete the Claim form online at www.gpuantitrustsettlement.com on or before February 5, 2009.

If you fail to submit a timely and properly completed Claim Form, your claim will be rejected and you will be precluded from any recovery, although you will still be bound by the Judgment entered by the Court.

Any and all transferees or assignees of, or successors to, the claims or rights of any Class Member will be entitled to submit a Claim Form to share in the Net Settlement Fund and will be bound by the terms of the Settlement Agreement, if approved by the Court, and shall be required to exercise their rights under the Settlement Agreement in the same manner as the Class Members.

To the extent that you have previously entered into an agreement with any Releasee that settles or compromises antitrust claims relating to graphics processing card products purchased online from Defendants' websites in the United States during the period identified above, you may not be able to claim or recover under the Settlement Agreement with respect to any purchases of graphics processing card products online from Defendants' websites in the United

States covered by the previous settlement.

### B. Distribution Plan for the Net Settlement Fund

Class Members are entitled to share in the Net Settlement Fund. The Distribution Plan, which will be presented to the Court for approval at the Settlement Hearing, will provide for the distribution of the Net Settlement Fund among Class Members that timely submit properly completed Claim Forms (as discussed above), in proportion to the invoice amount that each participating Class Member paid for its direct purchases of graphics processing card products online from Defendants' websites in the United States during the period from December 4, 2002 to November 7, 2007, and whose Claims are allowed by the Court ("Authorized Claimants").

Distribution of the Net Settlement Fund will be based on Authorized Claimants' direct purchases of graphics processing card products online from Defendants' websites in the United States during the period from December 4, 2002 to November 7, 2007. Only purchases made directly from Defendants will be considered in determining the allocation of the Net Settlement Fund.

The distribution will take place after the following: (1) final approval of the settlement by the Court and the expiration of any period for further review or appeal of the Court's order of approval or the resolution of any such review or appeal; (2) submission of the Claim Forms by Class Members pursuant to the deadline set forth in this Notice and their receipt by the Claims Administrator; (3) review of the Claim Forms by the Claims Administrator and the determination of the amounts recommended to be paid to Claimants; and (4) approval by the Court of the Claims Administrator's recommendations as to the amounts to be paid to Authorized Claimants.

Please note that submission of a Claim Form does not necessarily assure the right to payment. The Court may deny, in whole or in part, any claim if it determines that the Claimant is excluded from the definition of the Class or if there are legal or equitable grounds for rejecting such claim.

9

## VI. FINAL SETTLEMENT HEARING AND SETTLEMENT OBJECTIONS

### A. Schedule for Settlement Hearing

The Settlement Hearing is presently set for February 26, 2009 at 8:00 a.m. The time and date of the hearing may be continued from time to time. Notice of any such continuance shall be posted at the United States Courthouse or on the Court's website, www.cand.uscourts.gov.

### B. Purpose of Settlement Hearing

At the Settlement Hearing, the Court will consider whether the Settlement Agreement should be approved as fair, adequate and reasonable to the Class and whether the claims of the Class should be dismissed with prejudice as to the Releasees that are defendants therein, as provided in the Settlement Agreement.

### C. Rights of Class Members at Settlement Hearing

Any Class Member is entitled to appear and be heard at the Settlement Hearing, in person or through his or her attorney, and to show cause why the settlement should not be approved as fair, reasonable and adequate, *provided, however*, that no one shall be heard in opposition, and no paper or brief submitted by such person shall be received or considered by the Court unless, by February 5, 2009, such person files a notice of intention to appear, and a statement of the position to be asserted, and the grounds therefore, together with copies of any supporting papers or brief with the Clerk, Office of the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102. Copies of the materials filed with the Court must also be served on upon the counsel identified below, and proof of such service must be filed with the Court at the same time as the materials are filed:

| | |
|---|---|
| William A. Isaacson<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue, N.W.<br>8th Floor<br>Washington, D.C. 20015<br>*Class Plaintiffs' Lead Counsel* | Margaret M. Zwisler<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, D.C. 20004<br>*Counsel for the ATI Defendants*<br><br>John C. Dwyer<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>3000 El Camino Real |

10

Palo Alto, CA 94306-2155
*Counsel for NVIDIA*

No Class Member shall be entitled to contest the terms and conditions of the Settlement Agreement without following these procedures, and persons who fail to object shall be deemed to have waived and shall be foreclosed forever from raising any such objections or appealing from any orders or judgments entered with respect to the Settlement Agreement.

VII.   ADDITIONAL INFORMATION

**THE ABOVE INFORMATION IS ONLY A SUMMARY OF THE SETTLEMENT AGREEMENT**.

For more detailed information concerning the matters involved in the litigation, please refer to the pleadings, to the Settlement Agreement, to the Orders entered by the Court and to the other papers filed in the Class Action, which may be inspected at the Office of the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102 during regular business hours.  In addition, the Settlement Agreement and some other materials, such as Class Notices, are posted on a website maintained by the Class Counsel (www.gpuantitrust.com) and on the Claims Administrator's website (www.gpuantitrustsettlement.com).

**ALL INQUIRIES CONCERNING THIS NOTICE AND SETTLEMENT AGREEMENT SHOULD BE MADE BY VISITING  www.gpuantitrust.com, OR www.gpuantitrustsettlement.com OR BY *WRITING* TO EITHER THE CLAIMS ADMINISTRATOR OR CLASS PLAINTIFFS' LEAD COUNSEL AT THE ADDRESSES SET FORTH BELOW:**

*GPU Antitrust LitigationSettlement*
c/o Administar Services Group LLC
P.O. Box 56636
Jacksonville, FL 32241-6636
*Claims Administrator*

William A. Isaacson, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
*Class Plaintiffs' Lead Counsel*

11

**INQUIRIES SHOULD NOT BE MADE BY TELEPHONE AND SHOULD NOT BE DIRECTED TO THE COURT**

**If you change your address, or if this Notice was not mailed to your correct address, you should immediately provide your correct address to the Claims Administrator at the following address:** *GPU Antitrust Litigation* **c/o Administar Services Group LLC, P.O. Box 56636, Jacksonville, FL 32241-6636.  If the Claims Administrator does not have your correct address, you may not receive notice of important developments in this litigation.**