FILED

DEC 11 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORDAN WALKER, d/b/a Mike's Computer Services, on Behalf of Themselves and All Others Similarly Situated; et al.,<br><br>      Plaintiffs - Petitioners,<br><br> v.<br><br>NVIDIA CORPORATION; et al.,<br><br>      Defendants - Respondents. | No. 08-80114<br><br>D.C. No. 07-cv-01826-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

      The court has received the joint status report and joint motion to continue the stay of this petition filed on December 1, 2008.

      The joint motion to continue the stay of this petition is granted. Within 60 days after the date of this order, or upon the district court's final approval of a settlement agreement, whichever is sooner, the parties shall each file a status report

ec/MOATT

and appropriate motion for relief, or shall file a joint status report and appropriate motion for relief.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Elizabeth Coleman
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

ec/MOATT