FILED

MAY 07 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORDAN WALKER, d/b/a Mike's Computer Services, on Behalf of Themselves and All Others Similarly Situated; et al.,<br><br>           Plaintiffs - Petitioners,<br><br> v.<br><br>NVIDIA CORPORATION; et al.,<br><br>           Defendants - Respondents. | No. 08-80114<br><br>D.C. No. 07-cv-01826-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

     The court has received the parties' joint status report and motion to dismiss this petition for permission to appeal.

     The parties' stipulated motion for voluntary dismissal of this petition is granted. This petition is deemed withdrawn. *See* Fed. R. App. P. 42(b).

                         FOR THE COURT:

                         Molly Dwyer
                         Clerk of Court

                         By: Elizabeth Coleman
                         Motions Attorney/Deputy Clerk
                         9th Cir. R. 27-7
                         General Orders/Appendix A

ec/MOATT